RECEIVED

JUL 0 9 2018

BY MAIL

FILED

JUL - 9 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
Eastern        **DIVISION**

# 1327955

Brent J. Johns

) Jury Trial Demanded
)
)
)

*(Write the full name of the plaintiff in this action.*
*Include prisoner registration number.)*

)
)
)
)

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
☑ Yes   ☐ No

v.

1. The City of Florissant
2. Tim Lowry Cheif of Police P.D.
3. Lt Dennis Dehart      9. Stephen Williams
4. Sgt. Anthony Mucca
5. P.O. Josh Smith
6. P.O Steven Beekman   8. P.O Phil Busby
7. P.O Brian Panus

10. The FBI
11. St louis County

12. Florissant Mayor

13. Florissant City Counsel

)
)
)
)
)
)
)
)
)
)
)
)

4:18CV1121 AGF

*(Write the full name of each defendant. The caption*
*must include the names of all of the parties.*
*Fed. R. Civ. P. 10(a). Merely listing one party and*
*writing "et al." is insufficient. Attach additional*
*sheets if necessary.)*

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepayment of fees and costs.*

## I. The Parties to this Complaint

### A. The Plaintiff

Name: Brent Johns /#1327955

Other names you have used: —

Prisoner Registration Number: 1327955

Current Institution: ERDCC, HU 9D 107, 2727 Hwy K, Bonneterre Mo 63628

Indicate your prisoner status:

[X] Pretrial detainee     [ ] Convicted and sentenced state prisoner

[ ] Civilly committed detainee     [ ] Convicted and sentenced federal prisoner

[ ] Immigration detainee     [ ] Other (explain): _____

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

### Defendant 1

Name: The City of Florissant, Mo. / St.Louis County / The F.B.I.

Job or Title: Drug Task Force member / Joshua Smith / Joshua Smith (agent) and superiors

Badge/Shield Number: _____

Employer: Florissant Mo / St.louis co sheriffs office / The FBI

Address: 1700 N Hwy 67 Florissant Mo / 2222 Market St. St.louis Mo 63102 / unknown

[X] Individual Capacity     [X] Official Capacity

Florissant Mayor
Tom Schneider

City Counsel
Unknown names at
this time

Steven Beekman
P. Officer 590

Brian
Pannes
P. Plice
Officer
672

Stephen Williams / phil Brsby
650 Police            Police
officer              officer

Defendant 2

Name: Tim Lowrey / Lt. Dennis Dehart / Anthony Mocca
                                          584

603
Joshua Smith
City of Florissant
police officer

Job or Title: Cheif of Police / Leutenant / Seargant
                        Florissant      Florissant
Badge/Shield Number: ____ Police ____ / ____ Police

St. Louis Co. Drug Task
Force member
F.B.I agent.

Employer: The City of Florissant Mo

Address: 1700 US Hwy 67 Florissant Mo.

☒ Individual Capacity          ☒ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

3

St. Louis County + Police Officers

Florissant City Counsel

Steven Beekman, Josh Smith, Brian Panus

**Defendant 2** Tom Schneider, ← Mayor of Florissant
Steven Williams police officer

Name: Tim Lowry, Dennis Dehart, Anthony Mocca, Phil Busby

Job or Title: Cheif of Police, Leutinant, Sgt, Police officer

Badge/Shield Number: _____

Employer: The City of Florissant, Missouri

Address: _____

☒ Individual Capacity    ☒ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

all defendants were acting under color of law at all relevant times

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

also with the FBI + St. Louis County Dougteas Force

1. Florissant Police Officers Steven Beekman, Joshua Smith, and Brian Panus, Sgt. Anthony Mocca used excessive + deadly force on me by Kicking me, punch me, Kneeing me, aswell as striking me with batons multiple times while I was lying face down, unarmed, and unable to defend myself on the ground. this happened on March 1, 2017 in the City of Florissant. these officers also were diliberately indifferent to my safety or life. as they Beat me till I was unconscious or longer. Striking me multiple times to the spine, back, neck + back of head with fists Boots and Batons. after I was handcuffed and during a time while I never resisted their arrest. I now suffer from Concussion Syndrome, PTSD, loss of life, loss of Mony

On March 1, 2017 in the City of Florissant, Mo
Florissant Police Officer, St. Louis County drug task
force member and FBI agent Joshua Smith,
along with Florissant Police Officers Steven
Beekman, Brian Panus, Sgt. Anthony Mocca attacked
me and Caused me Serious physical injury and
intentional Mental and emotional stress
by tasing me, ramming my vehicle with their Car
then beating me while I was hand cuffed and
laying face down on the ground Knocking
me unconscious. these (4) named officers
Kicked me in the face Breaking my teeth, also
Stomping on the Back of my neck, and Head
with their Boots, punching me and Striking
me "Several times" with their Collapsible metal
Batons Called "Asps" these officers named
were deliberately indifferent and grossly
negligent to my safety as each used
excessive + deadly force, each officer also
failed to intervene to protect me from
being hurt and Seriously injured. officer +
Sgt. Anthony Mocca failed to train and
Supervise his officers (Smith, Panus, Beekman)
as they Continued to Strike me as I
remained face down on the ground. In
doing so I Believe these Florissant
Police Officers along with St. Louis Co.
drug task force member + FBI agent Joshua Smith

Violated my 4th, 5th, 6th, 8th, 14th ammendment Rights. I also believe these officers are all guilty of Common law assault with a deadly weapon I now suffer from chronic Migrains, Vision loss, PTSD, Constant Vertigo, Flash Backs, Blackouts, post-Concussion Syndrome, chronic Pain, Mental + Emotional anguish + loss of life Malicious prosecution Cruel + unusual Punishment, due process, equal Protection I am seeking damages in the amount of $100,000.00 from each officer named individually

For nominal damages $400,000 Collectively. for loss of Car, Job, loss of life loss of family

I am also Seeking Compensatory damages for the intentional Mental + Emotional anguish false imprisonment in the amount of $250,000 from each officer named $1,000,000.00 Collectively.

and $1,000,000.00 Collectively for punitive damages for all officers named

and any other relief the Courts sees fit.

aswell as $250,000 for Plaintiffs attorneys fees

Also on March 1, 2017 Prior to being beaten I was in my Vehicle with my hands out the window stopped when Joshua Smith (who is employed as a police officer with the City of Florissant, St. Louis County Drug task force + FBI) rammed my Vehicle with his patrol car while I was stopped with my hands up surrendering to officers. At this time while my hands were out the window Florissant Police Officer Steven Beekman tased me without warning Causing me to lose control of my Vehicle striking my head several times on the door of my Vehicle. Causing Severe chest pain, loss of vision, at this time officer Smith, Officer Beekman, and officer Panus entered into a Conspiracy to charge me with property damage, assault 2nd LEO, these (3) officers that were present also gave false information to in the form of Diagrams + false police Reports to officers that were not present (Phil Busby) P.O. who in turn Presented this false information to the City of Florissant's insurance Company who in turn because of this false information found me at fault. Because of this false information I was also Charged with assault 2nd degree, Property damage 1st degree ⟶

and leaving the scene of an accident. these (3) officers (Beekman, Panus, Smith) also committed Perjury during their depositions to further show their Conspiracy and that they had a meeting of the minds to carry out a Criminal act. against me. by charging me with assault 2nd on LEO. (a class B felony) Property damage (a class D felony) then relayed or reported this false information to another officer who wasn't present (Phil Busby). Beekman, Smith, Panus furthered their Conspiracy by falsely Marking diagrams also during depositions of How their story was Conspired knowing them to be false. these officers were deliberatly indifferent and Maliciously wanton of my equal protection rights, due process cruel and unusual punishment, and by inflicting intentional Physical Pain + Injury aswell as the intentional infliction of mental anguish and emotional stress and strain

I am seeking Compensatory damages in the amount of $250,000 From each officer Beekman, Panus, and Smith for intentional mental anguish $750,000 Collectivly      aswell as

* Punitive *

$1,000,000 for all Civil Rights Violations
From the City of Florissant
$1,000,000 For all Civil Rights Violations
From the County of St. Louis
and $1,000,000 From the F.B.I
For all Civil Rights Violations
and For Failing to train
officer Joshua Smith

Plaintiff
attorneys fees in the amount
of $250,000

Nominal / Actual damages
in the amount of
$1,000,000 Collectively
From officer Smith, Beckman, James
and Busby For Loss of Car
Job, Money, Loss of Life, Loss of family
Loss of Home, Criminal Record, false
imprisonment.

On March 1, 2017 Florissant
Police officers Smith, Beekman &
Pamus all Knowingly Violated
Florissant department Policy
by ignoring a direct order
given from or by Sgt. Anthony Mocca
to "Stop following the Vehicle and
disreguard" also causing me
Serious physical Pain these officers
were deliberately indifferent to
my safety and well being directly
after this order was given officer
Smith rammed my Vehicle and then
officer Beekman tased me while my
hands were up and out the window of my
Vehicle. Then officer Smith lied about where
he was located when his car rammed me.
~~every single officer~~ all three officers
gave the same false depositions about
what happened.

I am seeking damages in the amount
$100,000 for actual damages from
each defendant

(Florissant Mayor + City Council)
                                        members

I am seeking damages in the
amount of $1,000,000 from the
City of Florissant and its
Policy Making officials (Mayor + Council)
For Failure to act, intervene, and
failure to change hiring practices,
failure to change policies, ordinances
or statutes Knowing the Violent, negligent
and deliberate indifferent propensities
of the Police officers and the prior
Complaints from the Public that resulted
in Serious physical Pain and intentional
infliction of Mental and emotional anguish
to me and false imprisonment, Malicious

Equal Protection  Prosecution, due process, Cruel + Unusual Punishment
and any other relief the Courts
       deems proper.


$250,000 for attorneys fees for
       Plaintiff

Florissant Police Officer
   Stephen Williams
Steven Beekman
Brian Panus
   all denied me medical
Care on March 1, 2017
before and at Christian Northwest
Hospital by threatening my life
further telling me they would beat
me more in the Corner at the Police station
Where the Video Cameras don't Record.
also telling me if I was black id be dead
and I wouldn't live to see tomorrow if
I let a doctor treat me + "I will deny treatment"
these officers were Malicious + Wanton
and deliberately indifferent to my Medical
needs and obvious Pain and suffering
they even took Pics of the injuries they inflicted
I am seeking damages in the amount of
   $500,000 from each officer for pain
and suffering + $500,000 Collectively
for denial of Medical Care From the
City of Florissant

$250,000 for attorneys fees for plantiff
   and any other relief the Court sees Fit.

emotional, physical and intentional mental anguish. These same
officers also filed false police reports, committed perjury
and entered into a conspiracy to charge me with assault on
law enforcement (a Class B felony x 2) and property damage (a
Class D felony) and resisting arrests (a class E felony)
which amounts to 41 years in the Missouri Dept. of Corrections.
These same officers also Officer Joshua Smith with the
florissant police department along with Steven Beekman and
Brian Panus (also florissant Police Officers) turned in false
Police diagrams (knowing they were false) to officer Phil
Busby who in turn submitted these diagrams as part
of an insurance claim to (Travelers Insurance) which is
the City of Florissants Insurance Company, to collect monies
and/or services due to the reports made and falsely given
by Beekman, Panus, Smith, these 3 officers also committed
Perjury in their depositions after they were all 3 sworn
in by a Certified Court Reporter by Oath or affirmation.
Officer Joshua Smith also used excessive + deadly force
by ramming my Vehicle while I was stopped with my hands
out the window surrendering, then officer Steven Beekman tased
me while my hands were still held high out the window of my
Vehicle in clear view not resisting, officer Williams along
with Steven Beekman + Brian Panus threatened my life and were

## III. Injuries

also deliberately indifferent to my life and Physical + mental injuries when they
forced me to Deny medical care for my injuries they inflicted on march 1 2017.
If you sustained injuries related to the events alleged above, describe your injuries and state what
medical treatment, if any, you required and did or did not receive.

when they told me they were gonna Plant a gun on me, Beat me further, if I let a
doctor treat me that night) Defamation of Character

I now Suffer From PTSD, Chronic Migrains, Constant Vertigo
Black outs, Visions loss, Horrible night terrors of the near
loss of life, well Being, loss of family, intentional
physical Pain, Emotional + mental anguish, permanant
mental Health problem, and Constant physical Pain (Malicious
Holding my Bond at $100,000 Cash                              Prosecution) →

Chief of Police Tim Doore along with Lt Dennis Depast and Sgt Anthony Mocca failed to Train, Supervise, and intervene and Knowing their employees Violent propensities and being deliberately indifferent to the publics well Being (me) when I was beaten and the officer Smith rammed my Vehicle, tased me

the City of Florissant City Counsel & Mayor (law making official) (unknown names at this time)

for their deliberate indifference to ~~public~~ my Safety and gross negligence as they failed to Change policies or ordinances that allowed these officers to be go on without Video dash cams or body cams to hold them liabal for their actions which Resulted in physical and mental pain toward me due to the Conspiracy Perjury excessive, deadly force, insurance fraud, and false police reports

officers Beekman, Panus, Smith, Sgt. Mocca for Being grossly negligent and deliberatly indifferent to my Safety or pain Being inflicted on me when they failed to intervene and Stop Serious physical Pain from being inflicted by way of deadly & excessive force By their fellow officers Beekman, Panus, Smith and Sgt. Mocca

officer Williams, Beekman, Panus for the denial of Medical care and their deliberate indifference to my medical needs from the Serious physical injuries I Sustained from their excessive force, deadly force by Forcing me to deny medical treatment by threats to further inflict pain on me afterwards at the police Station (Corner woth no Cameras)

officer Phil Busby for ~~taking~~ false police Reports Knowing they were false to the City of florissants insurance Company (Travelers Insurance) ~~to~~ fraudelatly Collect Services and monies in the city of Florissants name

*[handwritten annotations surrounding the form:]*

Denial of ~~$~~ $500,000

The FBI For Failure to Train and excessive for Failure to

St. Louis County $250,000 Train $20,000 For

IV. **Relief** and any other relief the Court sees fit Dental Work

For Officer's Kicking me in the Face

State briefly and precisely what you want the Court to do for you. Do not make legal arguments.
Do not cite any cases or statutes. If you are requesting money damages, include the amounts of
any actual damages and/or punitive damages you are claiming. Explain why you believe you are
entitled to recover those damages. $250,000 For attorneys fees for plaintiff

$25,000 for all defendant each For Failure to Train, Supervise & ~~typed~~ collectively from

$1,000,000 for emotional + Mental anguish all defendant

$100,000 For physical Pain From each defendant named

$500,000 < loss of Monies, Job, well being, Car, loss of life
malicious prosecution

and intentional infliction of Stress and physical pain, uying

$250,000 From each defendant For Perjury, insurance fraud conspiracy

V. **Exhaustion of Administrative Remedies/Administrative Procedures** false police

$25,000 From each City official who failed to Manage, Supervise, train Reports

$1,000,000 Punitive damages their laws

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action their laws
shall be brought with respect to prison conditions under section 1983 of this title, or any other and violent
Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such of their
administrative remedies as are available are exhausted." Employees an still died

to fix'd

Administrative remedies are also known as grievance procedures. Your case may be dismissed nothing
if you have not exhausted your administrative remedies. to fix'd despite Complaints

*[left margin vertical text:]* letter of apology from the City

A. Did your claim(s) arise while you were confined in a jail, prison, or other
correctional facility?

☐ Yes ☒ No

If yes, name the jail, prison or other correctional facility where you were confined at the
time of the events giving rise to your claim(s):

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have
a grievance procedure?

☐ Yes ☐ No ☒ Do not know

C. If yes, does the grievance procedure at the jail, prison or other correctional facility
where your claim(s) arose cover some or all of your claims?

☐ Yes ☐ No ☒ Do not know

I also want to press charges for 1st
perjury, Conspiracy + insurance fraud + False police
                                            Reports
on all officers envolved on a Criminal
level

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes        ☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes        ☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

in the Form of a letter to the United States attorneys office & St. Louis County Dept of Justice Services

2.   What did you claim in your grievance? (*Attach a copy of your grievance, if available*) Physical Pain, loss of Vision, Denial of Medical Care, Constant Vertigo, PTSD, Chronic Migrains, flash Backs, Depression, chronic Pain in Back, Skull, neck, ribs all due to Florissant Police Dept.

3.   What was the result, if any? (*Attach a copy of any written response to your grievance, if available*) given Medication, Diagnosed with PTSD, Counseling etc.

6

4.      What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

not sure

I also Complained to a ~~Cop~~ Correction Officer R. Myles with StLouis Co Dept of Justice Services + Dr. Leeker with Mental Health at Justice Service

F.      If you did not file a grievance:

1.      If there are any reasons why you did not file a grievance, state them here:

2.      If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.   To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes          ☒ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes          ☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.   Parties to the previous lawsuit

Plaintiff   Florissant Police Dept. et al

Defendant(s) _____

2.   Court (*if federal court, name the district; if state court, name the state and county*)

3.   Docket or case number   4:17-CV-1516 -AGF

4.   Name of Judge assigned to your case   Audrey Fleissig

8

6.  Is the case still pending?

    ☐ Yes

    ☒ No (*If no, give the approximate date of disposition*): _____

7.  What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

They were all Consolidated and I Filed motion to dismiss So I Could ammend

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30 day of June , 20 18 .

Signature of Plaintiff _____

10

5. Approximate date of filing lawsuit _MAY 13 2017_

6. Is the case still pending?

☐ Yes

☒ No (*If no, give the approximate date of disposition*): _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

I filed dismissal without prejudice
to wait and file now

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes      ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

Plaintiff _Same_

Defendant(s) _____

2. Court (*if federal court, name the district; if state court, name the state and county*)

They were all Consolidated

3. Docket or case number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

9