# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| BRENT J. JOHNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-CV-1121 AGF |
| | ) | |
| THE CITY OF FLORISSANT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon return of summons, unexecuted, as to defendants Brian Panus, Stephen Williams, Joshua Smith, Anthony Mocca and Steven Beckman. The Court will order service by alias summons at a new address in order to properly effectuate service on these defendants.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to issue process or cause process to issue upon the complaint on defendants Brian Panus, Steven Beckman, Joshua Smith, and Anthony Mocca in their individual capacities on plaintiff's claims of Fourth Amendment excessive force and failure to intervene, as well as Missouri state law claims of assault and intentional infliction of emotional distress. The Court will also issue process on defendants Brian Panus, Steve Beckman and Stephen Williams in their individual capacities as to plaintiff's Fourteenth Amendment claims of denial of medical care. The Court will also issue process on defendant Anthony Mocca in his individual capacity as to plaintiff's failure to supervise claim in violation of the Fourteenth Amendment. Defendants shall be served by issuance of summons at

the City of Florissant Police Department located at 1700 N. Highway 67, Florissant, Missouri 63033.

**IT IS FURTHER ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), defendants Brian Panus, Steven Beckman, Joshua Smith, Stephen Williams, and Anthony Mocca shall reply to plaintiff's claims within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, service shall be effectuated by the United States Marshal's Office. *See* 28 U.S.C. § 1915.

Dated this 27th day of March, 2019.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE